# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

---

KELLY M. BASSETT, individually
and as heir and Personal Representative
of the estate of James M. Bassett,
on behalf of herself and
all others similarly situated,

        Plaintiff,

vs.

CREDIT MANAGEMENT
SERVICES, INC. and
JASON MORLEDGE,

        Defendants.

Case No. 8:17-CV-69

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

---

Pursuant to Fed.R.Civ.P. 23, the parties move for an Order preliminarily approving the settlement of this class action and conditions on the settlement as fair and reasonable and satisfactory to the Court, approving the form and method for providing class-wide notice, and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, request for attorneys' fees and costs and incentive award to Plaintiff, unopposed motion to vacate Order granting in part and denying in part summary judgment (Doc. #84), consideration of any objections filed, and entry of Final Order. A Memorandum in support of this Motion and an Evidence Index with supporting documentation are filed contemporaneously herewith.

The parties further state as follows:

1. That the Court has earlier certified a class (Doc. #85):

2. That the terms and conditions described in the settlement agreement are fair and reasonable.

3. That the proposed form and method of class notice meets appropriate standards and should be approved.

**Car & Reinbrecht, P.C., LLO**

Dated: 11.16.18

S/Pamela A. Car
Pamela A. Car, #18770
William L. Reinbrecht, #20138
2120 S 72nd St., #1125
Omaha, NE 68124
1 (402) 391-8484
1 (402) 391-1103 – Fax
pacar@cox.net
billr205@gmail.com

**Horwitz, Horwitz & Associates**
O. Randolph Bragg
25 East Washington Street, Suite 900
Chicago, IL 60602
1 (312) 372-8822
1 (312) 372-1673 – Fax
rand@horwitzlaw.com

*Attorneys for Plaintiff*

**BASSFORD REMELE**
*A Professional Association*

Dated: 11.16.18

By: /s/ Christopher R. Morris
Christopher R. Morris (NE #26202)
Jessica L. Klander (MN #392290)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:   (612) 333-3000
Facsimile:    (612) 333-8829
cmorris@bassford.com
jklander@bassford.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on 11.16, 2018, She caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court using the CM/ECF filing system, which will send notification of such filing to the following CM/ECF participants:

    Christopher R. Morris (NE #26202)
    Jessica L. Klander (MN #392290)
    100 South 5th Street, Suite 1500
    Minneapolis, MN 55402-1254

and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None

By: */s/Pamela A. Car*
  Pamela A. Car, #18770