# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY M. BASSETT, individually and as heir and Personal Representative of the estate of James M. Bassett, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>CREDIT MANAGEMENT SERVICES, INC. and JASON MORLEDGE,<br><br>      Defendants. | Case No. 8:17-CV-69<br><br><br><br><br><br><br><br>**JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

Pursuant to Fed.R.Civ.P. 23, the parties move for an Order finally approving the settlement of this class action and conditions on the settlement as fair and reasonable and satisfactory to the Court. A Memorandum in support of this Motion and a Supplemental Declaration of Bailey Hughes, the class administrator, as well as Defendants' unopposed motion to vacate partial summary judgment order, are filed contemporaneously herewith.

The parties further state as follows:

1. That the Court has earlier certified a class and preliminarily approved the class settlement (Doc. #85 and #107);

2. That the terms and conditions described in the settlement agreement are fair and reasonable;

3. That the proposed form and method of class notice were provided as previously approved by this Court, and satisfied the conditions of Rule 23.

4. Attached hereto as Exhibit "A" is the Supplemental Declaration of Bailey Hughes; Attached as Exhibit "B" is the updated Proposed Final Order.

**Car & Reinbrecht, P.C., LLO**

Dated: July 22, 2019

By: /s/ Pamela Car
Pamela A. Car, #18770
William L. Reinbrecht, #20138
2120 S 72nd St., #1125
Omaha, NE 68124
1 (402) 391-8484
1 (402) 391-1103 – Fax
pacar@cox.net
billr205@gmail.com

**Horwitz, Horwitz & Associates**
O. Randolph Bragg
25 East Washington Street, Suite 900
Chicago, IL 60602
1 (312) 372-8822
1 (312) 372-1673 – Fax
rand@horwitzlaw.com

*Attorneys for Plaintiff*

**BASSFORD REMELE**
*A Professional Association*

Dated: July 22, 2019

By: /s/ Christopher R. Morris
Christopher R. Morris (NE #26202)
Jessica L. Klander (MN #392290)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:   (612) 333-3000
Facsimile:    (612) 333-8829
cmorris@bassford.com
jklander@bassford.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2019, he caused a copy of the foregoing to be electronically filed with the Clerk of the United States District Court using the CM/ECF filing system, which will send notification of such filing to the following CM/ECF participants:

Pamela A. Car, William L. Reinbrecht, and O. Randolph Bragg, *Counsel for Plaintiff*

The undersigned further certifies that on July 22, 2019, he caused a true and correct copy of the foregoing to be served, by depositing a copy thereof in the United States mail, first class postage prepaid, upon the following non CM/ECF participants:

NONE.

    /s/ Christopher R. Morris
Christopher R. Morris